McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN H. BOGGS,<br><br>        Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO. 2:05-CV-00917-CMK<br><br>STIPULATION AND ORDER TO REDACT THE ADMINISTRATIVE TRANSCRIPT |

      The parties to the above-captioned action, by and through the undersigned counsel, with the approval of the Court, hereby stipulate that the administrative transcript certified June 8, 2005, contains confidential extra-party records at pages 175-186, which have no bearing on this case.  The parties therefore stipulate that Defendant shall redact said pages by removing them from the administrative transcript prior to the serving and filing of said transcript.

      The parties further stipulate that any review copies of the above-mentioned pages, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

      The parties further stipulate that the inadvertent inclusion of said records in the administrative transcript is not and will not be a basis for a claimed error.

      The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: August 17, 2005            /s/ Bruce J. Hagel
                                  BRUCE J. HAGEL
                                  Attorney at Law

                                  Attorney for Plaintiff

DATED: August 17, 2005            McGREGOR W. SCOTT
                                  United States Attorney


                              By: /s/ Bobbie J. Montoya
                                  BOBBIE J. MONTOYA
                                  Assistant U. S. Attorney

                                  Attorneys for Defendant


_____oOo_____

**ORDER**

**DATED:  August 22, 2005.**


_____
**CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE**

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

CARYN L. GOOT
Assistant Regional Counsel

United States Social
 Security Administration