# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN H. BOGGS, | No. CIV S-05-0917-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On September 29, 2005, the parties submitted a stipulation (Doc. 16) to extend the time for plaintiff to file a motion for summary judgment to November 2, 2005. Good cause appearing therefor, the stipulated extension will be granted.

On September 29, 2005, plaintiff submitted a letter to the court (Doc. 17), which was also sent to defendant's counsel, requesting a settlement conference to discuss remand. However, plaintiff's letter recites that defendant has refused a voluntary remand. The arguments in favor of remand contained in the September 29, 2005, letter are, therefore, more appropriate

1  matters for discussion in the context of plaintiff's motion for summary judgment.  Thus, the court
2  declines to schedule a settlement conference.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1.      The parties' stipulated request for an extension of time for plaintiff to file a
5  motion for summary judgment is granted;
6          2.      Plaintiff's motion for summary judgment is due by November 2, 2005; and
7          3.      The court declines to schedule a settlement conference.

9  DATED:  October 5, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE