1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JACQUELYN H. BOGGS,                    No. CIV S-05-0917-CMK

12            Plaintiff,

13        vs.                               <u>ORDER</u>

14   JO ANNE B. BARNHART,
     Commissioner of Social Security,
15
              Defendant.
16
     _____/
17

18            Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

20   Pursuant to the court's October 6, 2005, order granting a stipulated request for an extension of

21   time, plaintiff's motion for summary judgment was due on November 2, 2005.  On October 31,

22   2005, the parties submitted a second stipulation (Doc. 19) to extend the time for plaintiff to file a

23   motion for summary judgment by an additional 30 days to December 2, 2005.  Good cause

24   appearing therefor, the second stipulated extension will be granted.

25   / / /

26   / / /

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    The parties' second stipulated request for an extension of time for plaintiff

3 to file a motion for summary judgment is granted; and

4         2.    Plaintiff's motion for summary judgment is due by December 2, 2005.

5

6 DATED:   November 3, 2005.

7

8                                              _____
                                              **CRAIG M. KELLISON**
9                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26