IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN H. BOGGS, | No. CIV S-05-0917-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the consent of the parties, this case was before the undersigned for all purposes. Final judgment was entered on June 5, 2006, and plaintiff appealed. On July 17, 2008, the Ninth Circuit Court of Appeals issued an unpublished decision reversing the judgment and remanding ". . . for immediate payment of benefits." The mandate was issued on September 12, 2008.

/ / /

/ / /

/ / /

Pursuant to the Ninth Circuit's mandate, this case is remanded to the agency for immediate payment of benefits.

IT IS SO ORDERED.

DATED: September 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE