McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JACQUELYN H. BOGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:05-CV-00917-CMK[1]<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is hereby stipulated by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of NINE THOUSAND DOLLARS ($9,000.00) for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby

---

[1] This case was appealed to the Ninth Circuit.  *See* Ninth Circuit Case No. 06-16454.  On July 17, 2008, the Ninth Circuit reversed and remanded for payment of benefits.  *See* Docket No. 40.  The District Court spread the Ninth Circuit's mandate on September 24, 2008.  *See* Docket No. 41.  On November 3, 2008, the Ninth Circuit granted Plaintiff's motion to transfer consideration of her EAJA petition to the District Court.  *See* Ninth Circuit Docket No. 34.

constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of NINE THOUSAND DOLLARS ($9,000.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                                            Respectfully submitted,

Dated: November 10, 2008        /s/ *Bess M. Brewer by Katherine R. Loo*
(As authorized via telephone on 11/10/08 at 12:45 PM)
BESS M. BREWER
Attorney for Plaintiff

Dated: November 10, 2008        McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

                                       /s/ *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant U.S. Attorney

                                       Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: November 12, 2008

                                       **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE